UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE and STATE OF ALASKA, <br><br> Intervenor-Defendants - Appellants. | Nos. 19-35460, 19-35461, 19-35462 <br><br> D.C. No. 3:17-cv-00101-SLG <br> U.S. District Court for Alaska, Anchorage <br><br> **ORDER** |

The opening brief submitted on November 22, 2019 and the supplemental excerpts of record submitted on November 22, 2019 by American Petroleum Institute are filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7